BENJAMIN SCHARFMAN, Respondent, *v.* ROSE AMBROSINO, Appellant.

Argued January 23, 1946; decided March 7, 1946.

*John P. Carson* and *Reginald V. Spell* for appellant.

*James I. Cuff, James I. McGuire* and *Milton Elias Schattman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond and Dye, JJ. Thacher, J., dissents upon the ground that there was no evidence of negligence of the defendant, nor of freedom of the plaintiff from contributory negligence. Medalie, J. deceased.